# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, William E. | U.S. Court of Appeals, 5th Cir | 09/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  <br> 5b. ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

600 Camp Street
Room 210
New Orleans, LA 70130

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, William E.** | 09/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Whitney National Bank, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 09/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct. Whitney Bank Lafayette, LA | | None | J | T | | | | | |
| 2. 1/2 Interest-New Iberia,LA,office building & warehouse | D | Rent | M | W | | | | | |
| 3. Vanguard Shrot Term Tax Exe (1/2 interest) | A | Interest | K | T | | | | | |
| 4. Short Term Tax Exempt Inv (VWSTX) | A | Dividend | K | T | | | | | |
| 5. Regions Bank CD | A | Dividend | J | T | | | | | |
| 6. Edge Petroleum | A | Royalty | J | T | | | | | |
| 7. CS #1818 (H) | | | | | | | | | |
| 8. Schwab Sweep Money Fund | A | Dividend | K | T | | | | | |
| 9. | D | Distribution | | | | | | | |
| 10. Virtus Foreign Opp (JVXIX) | A | Dividend | K | T | | | | | |
| 11. Vanguard Intl Explorer Fd (VINEX) | A | Dividend | K | T | | | | | |
| 12. Fedeility Latin America FD (FLATX) | A | Dividend | J | T | | | | | |
| 13. Matthews Asis Small (MISMX) | A | Dividend | J | T | | | | | |
| 14. Matthews Pacific Tiger (MAPTX) | A | Dividend | | | Merged (with line 15) | 08/13/19 | K | | |
| 15. Matthews Pacific Tiger INSTL (MIPTX) | A | Dividend | K | T | | | | | |
| 16. T Rowe Price New Asia Fd (PRASX) | A | Dividend | J | T | | | | | |
| 17. Oakmark International I (OAKIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, William E.** | 09/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CS #0844 (H) | | | | | | | | | |
| 19. Schwab Sweep Money Fund | A | Dividend | K | T | | | | | |
| 20. Louisiana Loc Govt (546280DL9) | A | Interest | | | Matured | 10/01/19 | K | A | |
| 21. Schab Charles Family FD (SWVXX) | A | Dividend | J | T | Spinoff (from line 20) | 10/01/19 | J | | |
| 22. Vanguard Div Growth Fd (VDIGX) | C | Dividend | M | T | Distributed (part) | 08/13/19 | J | | |
| 23. Vanguard Total Stk Mkt (VTSAX) | C | Dividend | M | T | | | | | |
| 24. Vanguard Target Ret (VTINX) | B | Dividend | L | T | | | | | |
| 25. CS #5184 (H) | | | | | | | | | |
| 26. Monlag & Caldwell Growth (MCGFX) | A | Distribution | | | Merged (with line 27) | 03/01/19 | K | | |
| 27. Jensen Portolio (JENSX) | A | Dividend | K | T | | | | | |
| 28. Schwab IRA Contributory - cash | A | Dividend | J | T | Open | 03/01/19 | J | | |
| 29. CS #7502 (H) | | | | | | | | | |
| 30. Schwab Sweep Money Fund | A | Dividend | J | T | | | | | |
| 31. Schwab Charles Family FD (SWVXX) | A | Dividend | K | T | Open | 08/13/19 | K | | |
| 32. Ishares Russell (IWD) | B | Dividend | K | T | | | | | |
| 33. Principal Midcap Inst (PCBIX) | A | Dividend | M | T | Sold (part) | 08/13/19 | J | D | |
| 34. Spdr S&P 500 Etf (SPY) | B | Dividend | M | T | Sold (part) | 08/13/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, William E.** | 09/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Small-Cap Value Index Fund (VBR) | B | Dividend | L | T | | | | | |
| 36. IShares MSCI EAFE Value (EFV) | C | Dividend | L | T | Sold (part) | 08/13/19 | J | A | |
| 37. Vanguard Dividend Appreciation Eft | C | Dividend | M | T | Sold (part) | 08/13/19 | J | D | |
| 38. Schwab Emerging Market Equity ETF (SCHE) | A | Dividend | K | T | | | | | |
| 39. Energy Select Sector SPDR Fund (XLE) | B | Dividend | K | T | | | | | |
| 40. Clifwater Corporate Lend (CCLFX) | B | Dividend | L | T | Buy | 08/13/19 | L | | |
| 41. PIMCO Credit Income (PFLEX) | C | Dividend | L | T | Buy | 08/13/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, William E.** | 09/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 09/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544